IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


AARON C. BORING; CHRISTINE    )
BORING,    )
              Plaintiffs,   )
    )
      vs.    )   Civil Action No. 08-694
    )   Magistrate Judge Amy Reynolds Hay
GOOGLE, INC.,    )
              Defendant.   )


## **<u>ORDER</u>**

AND NOW, this 17th day of February, 2009, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Defendant Google's Motion to Dismiss the Amended Complaint (Doc.22) is GRANTED and the above-entitled action is DISMISSED with prejudice.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiffs desire to appeal from this Order they must do so within thirty (30) days of the date of this Order by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


                                 /s/ *Amy Reynolds Hay*
_____  United States Magistrate Judge


cc: Counsel of Record via CM-ECF