UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2350
_____

AARON C. BORING; CHRISTINE BORING,
husband and wife respectively,

Appellants

v.

GOOGLE. Inc.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 08-cv-00694)
Magistrate Judge: Honorable Amy Reynolds Hay

_____

Submitted Under Third Circuit LAR 34.1(a)
January 25, 2010

Before:  RENDELL and JORDAN, *Circuit Judges*,
and PADOVA,* *Senior District Judge.*

_____

JUDGMENT
_____

_____
  *Honorable John R. Padova, United States District Court Senior Judge for the Eastern District of Pennsylvania, sitting by designation.

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 25, 2010.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order entered by the District Court on February 17, 2009 and April 6, 2009 is AFFIRMED in part and REVERSED in part, in accordance with the opinion of this Court.  Each party to bear its own costs.

ATTEST:

/s/Marcia M. Waldron,
Clerk

Date: January 28, 2010