IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON C. BORING AND CHRISTINE BORING, husband and wife respectively, | CIVIL DIVISION |
| Plaintiffs, | CASE NO. 08-cv-694 (ARH) |
| v. | |
| GOOGLE, Inc., a California corporation, | |
| Defendant. | |

### NOTICE OF RULING

On July 9, 2010, this Court issued an order staying this proceeding pending a determination by the U.S. Supreme Court on Plaintiffs' Petition for Certiorari. [Docket No. 98] Although not yet notified by the U.S. Supreme Court, Plaintiffs have learned (by review of the online docket) that their Petition for Certiorari was denied on October 4, 2010; accordingly, good faith notice thereof is hereby provided to this Court in accordance with this Court's July 9, 2010, order.

Dated: October 11, 2010        s/Gregg R. Zegarelli/
                               Gregg R. Zegarelli
                               PA I.D. #52717

                               Counsel for Plaintiffs

                               Z E G A R E L L I
                               Technology & Entrepreneurial
                                 Ventures Law Group, P.C.
                               2585 Washington Road, Suite 131
                               Summerfield Commons Office Park
                               Pittsburgh, PA  15241
                               mailroom.grz@zegarelli.com
                               412.765.0401

**CERTIFICATE OF SERVICE**

    The parties are believed to have been served electronically in accordance with the procedures and policies for Electronic Case Filing (ECF) on this date.

                                        s/Gregg R. Zegarelli/
                                        Gregg R. Zegarelli
                                        PA I.D. #52717

                                        Z E G A R E L L I
                                        Technology & Entrepreneurial
                                            Ventures Law Group, P.C.
                                        2585 Washington Road, Suite 131
                                        Summerfield Commons Office Park
                                        Pittsburgh, PA  15241
                                        mailroom.grz@zegarelli.com
                                        412.765.0401