IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON C. BORING; CHRISTINE BORING, | ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Civil Action No. 08-694 Chief Magistrate Judge Amy Reynolds Hay |
| GOOGLE INC., | ) ) | |
| Defendant | ) | |

## ORDER

AND NOW, this 3d day of November 2010, it is hereby ORDERED that in view of the United States Supreme Court's October 4, 2010 denial of the Plaintiffs' Petition for Certiorari, the Stay imposed by this Court in its Order dated July 9, 2010 [ECF No. 98] is lifted.  It is further ORDERED that a status conference in this matter will take place before Magistrate Judge, Cathy Bissoon, on November 19, 2010 at 10:00 a.m. At that time, counsel should be prepared to discuss settlement and all outstanding discovery issues.

By the Court,

*/s/ Cathy Bissoon*
Cathy Bissoon
U.S. Magistrate Judge