IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

AARON C. BORING AND CHRISTINE
BORING, husband and wife
respectively,                           CASE NO. 08-cv-694
            Plaintiffs,

        v.

GOOGLE, Inc., a California
corporation,

            Defendant.

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2010, this Court having been informed of a schedule conflict by at least one of the parties, the status conference now scheduled for November 19, 2010, at 10:00 a.m., is hereby rescheduled to _____.

BY THE COURT:

_____J.