IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AARON C. BORING, et al.,

Plaintiffs,

v.

Civil Action No. 08-694
Magistrate Judge Bissoon

GOOGLE INC.,

Defendant.

## STATUS CONFERENCE

**Before:** Magistrate Judge Bissoon

**For Plaintiff:** Gregg Zegarelli, Esq.

**For Defendant:** Brian Fagan, Esq.
Tonia Klausner, Esq.
Isabel Young, Esq (Phone)

**Began:** November 30, 2010 at 10:00 a.m.

**Concluded:** November 30, 2010 at 12:00 p.m.

**Reporter:** None

## OUTCOME

Parties have agreed to a consent order resolving the case. Parties have agreed to bear their own costs.