**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AARON C. BORING AND CHRISTINE BORING, husband and wife respectively, | CIVIL DIVISION |
| Plaintiffs, | CASE NO. 08-cv-694 |
| v. | |
| GOOGLE, Inc., a California corporation, | |
| Defendant. | |

**CONSENT JUDGMENT**

Judgment entered by consent in favor of Plaintiffs against Defendant on Count II Trespass, the sole remaining count in this action. Plaintiffs consent to nominal damages of $1.

So Ordered.

By the Court

_____
Hon. Cathy Bissoon
United States Magistrate Judge

Dated as of November 30, 2010

| | |
|---|---|
| s/Gregg R. Zegarelli/ | s/Tonia Klaussner/ |
| Gregg R. Zegarelli, Esq. | Tonia Klaussner, Esq. |
| | |
| Counsel for Plaintiffs | Counsel for Defendant |
| Z E G A R E L L I | Wilson Sonsini |
| Technology & Entrepreneurial |   Goodrich & Rosati |
|   Ventures Law Group, P.C. | 1301 Avenue of the Americas |
| Allegheny Building, 7th Floor | 40th Floor |
| Pittsburgh, PA  15219-1616 | New York, NY 10019 |
| mailroom.grz@zegarelli.com | tklausner@wsgr.com |
| 412.765.0401 | 212.999.5800 |

**CERTIFICATE OF SERVICE**

    The undersigned believes that a true and correct copy of this Consent Judgment was served in accordance with the electronic filing system.

                                          s/Gregg R. Zegarelli/
                                          Gregg R. Zegarelli, Esq.
                                          PA I.D. #52717
                                          mailroom.grz@zegarelli.com
                                          412.765.0401

                                          Counsel for Plaintiffs

                                          Z E G A R E L L I
                                          Technology & Entrepreneurial
                                              Ventures Law Group, P.C.
                                          Allegheny Building, 7th Floor
                                          Pittsburgh, PA  15219-1616