IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON C. BORING AND CHRISTINE BORING, husband and wife respectively, | CIVIL DIVISION |
| Plaintiffs, | CASE NO. 08-cv-694 |
| v. | |
| GOOGLE, Inc., a California corporation, | |
| Defendant. | |

CONSENT JUDGMENT

Judgment entered by consent in favor of Plaintiffs against Defendant on Count II Trespass, the sole remaining count in this action. Plaintiffs consent to nominal damages of $1.

So Ordered.

By the Court

*Cathy Bissoon*  12/2/10

Hon. Cathy Bissoon
United States Magistrate Judge

Dated as of November 30, 2010

s/Gregg R. Zegarelli/
Gregg R. Zegarelli, Esq.

Counsel for Plaintiffs
Z E G A R E L L I
Technology & Entrepreneurial
  Ventures Law Group, P.C.
Allegheny Building, 7th Floor
Pittsburgh, PA  15219-1616
mailroom.grz@zegarelli.com
412.765.0401

s/Tonia Klaussner/
Tonia Klaussner, Esq.

Counsel for Defendant
Wilson Sonsini
  Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
tklausner@wsgr.com
212.999.5800